# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHARLES EDWARD HUMPHRIES, JR., | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:15-cv-88-FDW |
| vs. | ) ) | |
| JIMMY ASHE, et al, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2016 Order.

January 21, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court